~~Jason M. Drangel (JD 7204)~~
~~jdrangel@ipcounselors.com~~
~~Ashly E. Sands (AS 7715)~~
~~asands@ipcounselors.com~~
~~Danielle S. Futterman (DY 4228)~~
~~dfutterman@ipcounselors.com~~
~~Gabriela N. Nastasi~~
~~gnastasi@ipcounselors.com~~
~~Grace A. Rawlins~~
~~grawlins@ipcounselors.com~~
~~EPSTEIN DRANGEL LLP~~
~~60 East 42nd Street, Suite 1250~~
~~New York, NY 10165~~
~~Telephone:    (212) 292-5390~~
~~Facsimile:    (212) 292-5391~~
~~*Attorneys for Plaintiff*~~
~~*FoxMind Canada Enterprises Ltd.*~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOXMIND CANADA ENTERPRISES LTD., *Plaintiff* v. ERMOFAV, HEY WHITELEAF, HEYDAYY, ITOYIFUN, JINANZINA, KEBIORY, KITCHEDDY, LABUBU, QIANSHIYI CO, LTD., TIMELESSNES, TUOETP, ULONGXIAOSHANGAXA, VALUE SELECTIONS, WANGYANJIAOYUKEJILTD, WELLOASIS, XSHELLEY, XUANLI WOMEN'S WEAR STORE, ZP LLC and ZUANQUANKEJI, *Defendants* | **24-cv-7657 (JMF)** **~~[PROPOSED]~~ UNSEALING ORDER** |

~~WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.~~

The Clerk of Court is respectfully directed to UNSEAL this case.  Plaintiff shall promptly re-file all documents submitted to date on ECF by **November 25, 2024**.

**SO ORDERED.**

SIGNED this __18__ day of __November__, 2024, at ____12:00 p__.m.
New York, New York

_____
HON. JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

~~1~~