UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
FOXMIND CANADA ENTERPRISES LTD., :
:
                           Plaintiff, :         24-CV-7657 (JMF)
:
     -v- :         ORDER
:
ERMOFAV et al., :
:
                        Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated in the Court's November 1, 2024 Order, *see* ECF No. 4, the parties are ORDERED to appear at a teleconference on **December 2, 2024 at 3:00 p.m.** to show cause why a preliminary injunction should not issue.

       The parties should join the teleconference by calling the Court's **new** dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key.  When prompted for an attendee ID number, press the pound (#) key again.  **The parties should note that this call-in information is new and different from the call-in information provided in the Court's November 1, 2024 Order.  That is because, effective December 1, 2024, the Court will be using a new platform for its conference line.  The Court's Individual Rules and Practice for Civil Cases will be updated accordingly in short order.**

       Further, counsel should review and comply with the procedures for telephone conferences set forth in the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names

and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

Plaintiff shall serve a copy of this Order on Defendants — in the manners authorized in the Court's November 1, 2024 Order, *see* ECF No. 4 — **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: November 22, 2024
      New York, New York

                                JESSE M. FURMAN
                           United States District Judge